56 A.3d 859

IN THE MATTER OF CARL D. GENSIB, AN ATTORNEY
AT LAW (ATTORNEY NO. 029931990).

November 29, 2012.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–187, concluding that **CARL D. GENSIB** of **NORTH BRUNSWICK,** who was admitted to the bar of this State in 1990, should be censured for violating *RPC* 1.4(c) (failure to explain a matter to the extent necessary for the client to make informed decisions about the representation) and *RPC* 1.5(b) (failure to communicate the basis or rate of the fee in writing), and good cause appearing;

It is ORDERED that **CARL D. GENSIB** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.